UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>FRANCISCO JAVIER VEGA-ANGUIANO,<br><br>                    Defendant. | NO:  13-CR-2099-TOR<br><br>ORDER DISMISSING INDICTMENT |

A change of plea and sentencing hearing was held in related case *United States v. Vega-Anguiano;* 13-CR-2094-TOR-26 on January 28, 2014, in Yakima, Washington.  During the hearing the government orally moved the court to dismiss the Indictment in this cause of action pursuant to the plea agreement.  Hearing no objection from the Defendant, the Court finds good cause shown and grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

Accordingly, IT IS HEREBY ORDERED:

The government's oral motion to dismiss the indictment in *United States v. Vega-Anguiano; 13-CR-2099-TOR* is **GRANTED** and the indictment is dismissed.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel and the U.S. Probation Office, and close the file.

**DATED** January 29, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 2